Business Law Group P.A.
301 W. Platt St. #375
Tampa, FL 33606


Rafael Polanco and Yomary Polanco

Tampa, FL

April 28, 2014
Re: LAKE CHASE CONDOMINIUM ASSOCIATION, INC. vs. Rafael Polanco and Yomary Polanco

Dear Rafael Polanco and Yomary Polanco :

    This firm represents LAKE CHASE CONDOMINIUM ASSOCIATION, INC. ("Lake Chase Condos") who's physical address is 9494 Lake Chase Island Way Tampa FL, 33626. According to Lake Chase Condos's records, you are the owner of unit ▮-34 (your "Unit") which has a delinquent assessment balance.

    Pursuant to the Declaration of Condominium, you have been charged 15% interest on your delinquent assessment balance, plus administrative late fees of the greater of $25 or 5% of the delinquent assessment for each delinquent assessment. **Please remit a check payable to Business Law Group, P.A.**

**As of this date, your outstanding balance is:**

| | |
|---|---|
| Assessments | $22,365.18 |
| Interest | $7,617.16 |
| Administrative Late Fees | $1,611.49 |
| Legal Fees | $1,090.00 |
| Collection Costs | $685.00 |
| **Total** | **$33,368.83** |

    Checks should be payable to Business Law Group at the address below. Payments sent to Lake Chase Condos will be returned and will cause additional delay in posting and will result in additional interest and administrative late fees. You may also pay online by credit card at www.BLawGroup.com. Please indicate your Lake Chase Condos, building and unit number on the check.

    As to any owner who is currently in bankruptcy or whose debt as been discharged in bankruptcy, LAKE CHASE CONDOMINIUM ASSOCIATION, INC. is only exercising its rights against the Property described above, and it is not attempting to hold the owner personally liable for any debt that has been discharged in bankruptcy.

    Notice: The undersigned attorney may be considered to be a debt collector, and is attempting to collect a debt owed to the Association, and any information obtained will be used for that purpose. In the absence of any notice, unless you, within thirty (30) days after receipt of this letter, dispute the validity of the aforesaid debt (or any portion thereof) owing to the Association, this law firm shall assume that the said debt is valid. If you notify the undersigned within the said thirty (30) day period that the aforesaid debt, or any portion thereof, is disputed, the undersigned attorney shall obtain written verification of the said debt from the association and mail the same to you. If you dispute the amount due, please provide cancelled checks or other evidence of payment, if applicable.

    Thank you in advance for your prompt payment of amounts owed to date.

                                        Sincerely,

                                        Bruce M. Rodgers, Esq.

Enclosures:     Dispute form
Cc:     LAKE CHASE CONDOMINIUM ASSOCIATION, INC.

*102358*

**EXHIBIT A1**

# BUSINESS LAW GROUP, P.A.
## ATTORNEYS AT LAW

## Dispute Form

Please use this form to dispute missed payments, account charges, account balances, or any other valid discrepancy on your account's report. All disputes must be in writing and accompanied with the owner information requested below. Disputes can be mailed, faxed or e-mailed to the following:

|  |  |
|---|---|
| Mail: | Business Law Group P.A. |
|  | 301 W. Platt St. #375 |
|  | Tampa, FL 33606 |
| Fax: | 1-866-941-4796 |
| E-mail: | disputes@blawgroup.com |

**Please, do not contact the management company with any disputes. They will only refer you to Business Law Group.**

All valid written disputes received will be reviewed, investigated and responded to. Use of the dispute form is in addition to your statutory rights under Chapter 718, Florida Statutes and specifically your right to file a Notice of Contest of Lien. Please fill out the information below, review our common disputes and discrepancy explanations below and provide a written explanation of dispute(s).

Association Name: _____
Owner Names: _____
Owner Address: _____
Condo Unit #: _____ Phone #'s: _____
Fax #: _____ E-mail address: _____

☐ **Check Here if you are requesting a detailed statement for your account**

**Please provide detailed explanation of your dispute(s). Copies of checks, bank statements, and any relevant correspondence that supports your dispute(s) can also be attached.**

### Common Dispute Explanations and Resolution Information:

<u>Valid Disputes</u> – Valid disputes and accounting errors and/or omissions will be investigated and in the event charges and fees were inappropriately assessed they will be promptly corrected.

<u>Payments have been made but are not credited to account</u> – To resolve, please provide copies of cleared checks (front & back), and/or copy of bank statements verifying payments made but not referenced on your account balance report.

<u>Late interest charges</u> – Late interest charges will accrue daily on unpaid assessment balances. These charges are assessed pursuant to your condo declaration, bylaws, and Section 718.116, Florida Statute or pursuant to your Conditions, Covenants, and Restrictions, bylaws and Section 720.3085, Florida Statute.

<u>Monthly Administrative late fees</u> – are charged monthly when a delinquent account balance exists. Fee will be assessed in an amount equal to the greater of a) $25 per month, or b) 5% of monthly assessment, pursuant to Section 718.116 or Section 720.3085, Florida Statute unless stated otherwise in your condominium declaration.

<u>Notice to Owners of a delinquent account balance & late charge assessments</u> - Pursuant to the condo declaration, bylaws, and Section 718.116, Florida Statute or pursuant to your Conditions, Covenants, and Restrictions, bylaws and Section 720.3085, Florida Statute there are no notices required before late interest charges or administrative late fees are charged, the Owners notice of such was acknowledged by taking ownership subject to their condo documents. If you have a valid dispute regarding notice, please explain below.

<u>Posting Dates of Payments Made</u> – You have been instructed to mail all payments to Business Law Group, P.A. (BLG). When payments are received by BLG, they are posted to owner accounts on the same day. Payments sent to your association will typically take additional time to post because they need to be endorsed by the Association, re-mailed, and received by BLG before they are posted to an account.

<u>Assessments are stated as being delinquent after making assessment payments and/or partial payments</u> – Pursuant to the condo declaration of your association and Section 718.116 (3), Florida Statutes or pursuant to your Conditions, Covenants, and Restrictions, bylaws and Section 720.3085(3), Florida Statutes, past due assessments are the last to be credited from partial payment(s) received. Assessment balances can often remain outstanding after payments are applied. Payments must be applied in order to interest, late fees, attorney's fees, and costs and then to past due assessments.

<u>Additional legal charges associated with owners hiring attorney</u> - BLG charges flat fees for collection, lien filing, foreclosure actions, and costs. However, in the event a condo Owner does hire an attorney to communicate with BLG, the Association may add time charges to such Owner's account for BLG's time. BLG's additional time charges accrue at approximately $250 per hour and will be Owner's responsibility per condo declaration, by-laws, and Section 718.116 (5) Florida Statutes or pursuant to your Conditions, Covenants, and Restrictions, bylaws and Section 720.3085(5), Florida Statutes.

**EXHIBIT A2**